IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                            No. 6:13-cr-10006-JTM

JULIUS T. WILLIAMS,
    *et al.*,
        Defendants.


MEMEMORANDUM AND ORDER


Defendant Julius Williams, having served one year in supervised release following his term of imprisonment, has moved for the early termination of the two-year term of supervised release imposed by the court on May 21, 2003. (Dkt. 24). Under 18 U.S.C. § 3583(e)(1), the court may terminate a term of supervised release for such a defendant "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." In making this determination, the court considers relevant factors in 18 U.S.C. § 3553, including the nature of the offense, and the need for deterrence, public protection, or additional training or treatment for the defendant.

Having reviewed the defendant's motion, the court concludes that good cause for early termination has been shown, and the court further notes counsel's representation

that the United States Attorney's Office and the United States Probation Office are not opposed to the relief sought.

IT IS ACCORDINGLY ORDERED this day of July, 2018, that the defendant's Motion to Terminate (Dkt. 40) is hereby granted.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE